NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SHARON L. BLOUNT,**
*Petitioner,*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
*Respondent.*

———————————

2014-3156

———————————

Petition for review of the Merit Systems Protection Board in No. DC-0752-13-0755-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Sharon L. Blount moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                          BLOUNT v. HHS

                                  FOR THE COURT

                                  /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court

s24